UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. ORE, | Case No. 26-cv-01054-LJC |
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| TEKAY RAMON DORSEY, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Martínez-Olguín for consideration of whether the case is related to 26-cv-00580-AMO.

**IT IS SO ORDERED.**

Dated: February 4, 2026

_____

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California